# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WILLIAM J LUNKES | § | Case No. 09-00583 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/09/2009. The undersigned trustee was appointed on 01/09/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $     275,072.73

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 59,953.86 |
   | Bank service fees | 3,681.49 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]       $     211,437.38

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  10/05/2009  and the deadline for filing governmental claims was  10/05/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 17,003.64 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 17,003.64 , for a total compensation of $ 17,003.64 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/26/2015                    By: /s/Frances Gecker
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 09-00583 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WILLIAM J LUNKES | | | | Date Filed (f) or Converted (c): | 01/09/2009 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2009 |
| For Period Ending: | 08/26/2015 | | | | Claims Bar Date: | 10/05/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. BOOKS, pictures, misc. art | 250.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4. Necklaces, watch, bracelet | 500.00 | 0.00 | | 0.00 | FA |
| 5. Conseco Life - Life insurance policy | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. INdustrial Battery - 1/3 of 20% of business | Unknown | 1.00 | | 0.00 | FA |
| 7. John W. Lunkes Trust  Memorandum and Opinion dated 7/2/09 - Trustee's objection to Debtor's exemption is sustained. | 0.00 | 275,000.00 | | 275,000.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. Tax refund of Interest Paid (u) | 0.00 | 18.73 | | 18.73 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 8. COURT FEE REFUND (u) | 0.00 | 54.00 | | 54.00 | FA |
| TOTALS (Excluding Unknown Values) | $4,750.00 | $275,073.73 | | $275,072.73 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE'S ACCOUNTANT WILL PREPARE FINAL TAX RETURNS. ONCE THOSE ARE APPROVED BY THE IRS, THE TRUSTEE WILL REVIEW CLAIMS AND BEGIN PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/2011     Current Projected Date of Final Report (TFR): 06/01/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-00583  
Case Name: WILLIAM J LUNKES  
Taxpayer ID No: XX-XXX4354  
For Period Ending: 08/26/2015  

Trustee Name: Frances Gecker  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1806  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx6929 | Transfer of Funds | 9999-000 | $214,509.65 | | $214,509.65 |
| 07/21/15 | 5001 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH  45999-0148 | FEIN 46-6234354 FORM 1041 2014 | 2810-000 | | $431.00 | $214,078.65 |
| 07/21/15 | 5002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | FEIN 46-6234354 FORM IL-1041 2014 | 2820-000 | | $2,660.00 | $211,418.65 |
| 08/26/15 | 10 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL  62794-9053 | TAX REFUND | 1224-000 | $18.73 | | $211,437.38 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $214,528.38 | $3,091.00 |
| Less: Bank Transfers/CD's | $214,509.65 | $0.00 |
| Subtotal | $18.73 | $3,091.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18.73 | $3,091.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*         Page Subtotals:         $214,528.38         $3,091.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-00583 | Trustee Name: | Frances Gecker | |
| Case Name: | WILLIAM J LUNKES | Bank Name: | Congressional Bank | |
| | | Account Number/CD#: | XXXXXX8324 | |
| | | | MONEY MARKET | |
| Taxpayer ID No: | XX-XXX4354 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/26/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/12 | 7 | TRUSTEE TO JOHN W. LUNKES Dated 3-1-02Patricia A. Lunkes Trustee5415 N. Sheridan Rd., Apt. 2506Chicago, Illinois 60640-1977 | INTEREST IN ESTATE | 1149-000 | $70,000.00 | | $70,000.00 |
| 09/18/12 | 8 | DOROTHY BROWN Clerk of the Circuit CourtChancery Fee50 W. Washington, Room 1005Chicago, IL 60602 | COURT FEE REFUND | 1290-000 | $54.00 | | $70,054.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $70,054.00 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $70,054.00 | $70,054.00 |
| Less: Bank Transfers/CD's | $0.00 | $70,054.00 |
| Subtotal | $70,054.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $70,054.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:        $70,054.00        $70,054.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-00583 | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | WILLIAM J LUNKES | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6929 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4354 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/26/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $70,054.00 | | $70,054.00 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $63.20 | $69,990.80 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $57.07 | $69,933.73 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.96 | $69,829.77 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $100.46 | $69,729.31 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.67 | $69,625.64 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $100.18 | $69,525.46 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.37 | $69,422.09 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.21 | $69,318.88 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $99.74 | $69,219.14 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.91 | $69,116.23 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $99.44 | $69,016.79 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.60 | $68,914.19 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $99.31 | $68,814.88 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.46 | $68,712.42 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $92.32 | $68,620.10 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.02 | $68,518.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*               Page Subtotals:                $70,054.00      $1,535.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 09-00583 | Trustee Name: Frances Gecker |
| Case Name: WILLIAM J LUNKES | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6929 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4354 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/26/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $98.58 | $68,419.50 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.72 | $68,317.78 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $98.29 | $68,219.49 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.43 | $68,118.06 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.27 | $68,016.79 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $97.87 | $67,918.92 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.98 | $67,817.94 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.58 | $67,720.36 |
| 01/05/15 | 7 | Trustee to John W. Lunkes Patricia A. Lunkes, Trustee 5415 N. Sheridan Rd., Apt. 2506 Chicago, IL 60640 | Settlement of Litigation - 07 CH 30972 in the Trust of John W. Lunkes | 1149-000 | $205,000.00 | | $272,720.36 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.67 | $272,619.69 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $336.43 | $272,283.26 |
| 02/10/15 | 10002 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $155.47 | $272,127.79 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $365.57 | $271,762.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $205,000.00          $1,755.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-00583 | | Trustee Name: | Frances Gecker |
| Case Name: | WILLIAM J LUNKES | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX6929 |
| | | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4354 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/26/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | 10003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | FIRST INTERIM FEE APPLICATION | 3110-000 | | $56,544.88 | $215,217.34 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.59 | $214,818.75 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $309.10 | $214,509.65 |
| 07/08/15 | | Transfer to Acct # xxxxxx1806 | Transfer of Funds | 9999-000 | | $214,509.65 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $275,054.00 | $275,054.00 |
| Less: Bank Transfers/CD's | $70,054.00 | $214,509.65 |
| Subtotal | $205,000.00 | $60,544.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $205,000.00 | $60,544.35 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $0.00    $271,762.22

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1806 - Checking | $18.73 | $3,091.00 | $211,437.38 |
| XXXXXX6929 - GENERAL CHECKING | $205,000.00 | $60,544.35 | $0.00 |
| XXXXXX8324 - MONEY MARKET | $70,054.00 | $0.00 | $0.00 |
|  | $275,072.73 | $63,635.35 | $211,437.38 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $275,072.73 |
| Total Gross Receipts: | $275,072.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-00583-JPC  
Debtor Name: WILLIAM J LUNKES  
Claims Bar Date: 10/5/2009  

Date: August 26, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $5,753.70 | $5,753.70 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Administrative | | $0.00 | $57.80 | $57.80 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $585.00 | $585.00 |
| 100 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $56,544.88 | $56,544.88 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $12.88 | $12.88 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $17,003.64 | $17,003.64 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: BOND NO. 016026455 | $0.00 | $99.31 | $99.31 |
| 2A 280 5800 | DEPARTMENT OF THE TREASURY Internal Revenue Service P O Box 21126 Philadelphia, PA 19114 | Priority | | $0.00 | $2,804.55 | $2,804.55 |
| 1 300 7100 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | | $0.00 | $6,121.49 | $6,121.49 |

Page 1  Printed: August 26, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-00583-JPC  
Debtor Name: WILLIAM J LUNKES  
Claims Bar Date: 10/5/2009  

Date: August 26, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2B 300 7100 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA  19114 | Unsecured | | $0.00 | $23,224.92 | $23,224.92 |
| 3 300 7100 | JOSEPH V. RODDY<br>Law Offices of Joseph V. Roddy<br>77 W. Washington, Suite 1100<br>Chicago, IL  60602 | Unsecured | (3-1) Attorney's Fees | $0.00 | $40,289.64 | $40,289.64 |
| 4 300 7100 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | Unsecured | | $0.00 | $5,556.57 | $5,556.57 |
| 5 300 7100 | PATRICIA LUNKES<br>c/o Floyd Perkins<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL  60602 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 6 300 7100 | BANK OF AMERICA<br>Kenni Hisel<br>Bank of America, M08-050-01-17<br>2001 NE 46th Street<br>Kansas City, MI 64116-2051 | Unsecured | AMENDED | $0.00 | $623,759.20 | $623,759.20 |
| | Case Totals | | | $0.00 | $781,813.58 | $781,813.58 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                          Printed: August 26, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-00583
Case Name: WILLIAM J LUNKES
Trustee Name: Frances Gecker

| | | |
|---|---|---|
| Balance on hand | $ | 211,437.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 17,003.64 | $ 0.00 | $ 17,003.64 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 57,129.88 | $ 56,544.88 | $ 585.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 12.88 | $ 0.00 | $ 12.88 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 5,753.70 | $ 0.00 | $ 5,753.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 57.80 | $ 0.00 | $ 57.80 |
| Other: INTERNATIONAL SURETIES LTD. | $ 99.31 | $ 99.31 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 23,413.02 |
| Remaining Balance | $ | 188,024.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,804.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | DEPARTMENT OF THE TREASURY | $ 2,804.55 | $ 0.00 | $ 2,804.55 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 2,804.55 |
| Remaining Balance | | $ 185,219.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 698,951.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,121.49 | $ 0.00 | $ 1,622.17 |
| 2B | DEPARTMENT OF THE TREASURY | $ 23,224.92 | $ 0.00 | $ 6,154.52 |
| 3 | JOSEPH V. RODDY | $ 40,289.64 | $ 0.00 | $ 10,676.61 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. | $ 5,556.57 | $ 0.00 | $ 1,472.47 |
| 5 | PATRICIA LUNKES | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | BANK OF AMERICA | $ 623,759.20 | $ 0.00 | $ 165,294.04 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 185,219.81 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE