**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 09-00583 |
| | ) | |
| WILLIAM J. LUNKES, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| | ) | **Hearing Date:   October 15, 2015** |
| | ) | **Hearing Time:  9:30 a.m.** |
| | ) | **Room No.:       680** |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE THAT on **October 15, 2015**, at **9:30 a.m.**, we shall appear

before the Honorable Jacqueline P. Cox, or such other judge as may be sitting in her stead, in

Courtroom 680 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois

60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated:  September 14, 2015

Respectfully submitted,

By:   /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{WILLIAML/001/00043401.DOC/}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| LUNKES, WILLIAM J | ) | CASE NO. 09-00583-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:    THE HONORABLE Jacqueline P. Cox

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $17,003.64 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

## I.    COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $275,072.73. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $11,253.64 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $17,003.64 |

{WILLIAML/001/00043401.DOC/}

## II.     TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                                        $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    September 14, 2015                  /s/ Frances Gecker
                                              Frances Gecker, Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)