# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　　　§
WILLIAM J LUNKES　　　　　　　§　　Case No. 09-00583
　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　219 S. Dearborn Street
　　　　　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/15/2015 in Courtroom 680 (Judge Cox),
　　　　　　　　EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
　　　　　　　　219 S. DEARBORN STREET
　　　　　　　　CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/14/2015　　　　　　　　　　　By: /s/ Frances Gecker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
WILLIAM J LUNKES                  §        Case No. 09-00583
                                  §
         Debtor(s)                §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 275,072.73 |
| and approved disbursements of | $ | 63,635.35 |
| leaving a balance on hand of[1] | $ | 211,437.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 17,003.64 | $ 0.00 | $ 17,003.64 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 57,129.88 | $ 56,544.88 | $ 585.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 12.88 | $ 0.00 | $ 12.88 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 5,753.70 | $ 0.00 | $ 5,753.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 57.80 | $ 0.00 | $ 57.80 |
| Other: INTERNATIONAL SURETIES LTD. | $ 99.31 | $ 99.31 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        23,413.02

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Remaining Balance                                                    $        188,024.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,804.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | DEPARTMENT OF THE TREASURY | $ 2,804.55 | $ 0.00 | $ 2,804.55 |

Total to be paid to priority creditors                               $         2,804.55

Remaining Balance                                                    $       185,219.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 698,951.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,121.49 | $ 0.00 | $ 1,622.17 |
| 2B | DEPARTMENT OF THE TREASURY | $ 23,224.92 | $ 0.00 | $ 6,154.52 |
| 3 | JOSEPH V. RODDY | $ 40,289.64 | $ 0.00 | $ 10,676.61 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. | $ 5,556.57 | $ 0.00 | $ 1,472.47 |
| 5 | PATRICIA LUNKES | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | BANK OF AMERICA | $ 623,759.20 | $ 0.00 | $ 165,294.04 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 185,219.81 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-00583-JPC
William J Lunkes                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2             Date Rcvd: Sep 15, 2015
                              Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2015.
```
db         +William J Lunkes,    2453 W. Irving Park Rd., Apt. 1,    Chicago, IL 60618-2493
aty        +Mark Zito,    Jordan & Zito LLC,    55 West Monroe St. suite 3600,    Chicago, IL 60603-5026
13032296   +Bank of America,    135 S. LaSalle Street,    Chicago, IL 60603-4157
13032297   +Bank of America,    c/o Sheryl A. Fyock,    Latimer LeVay Jurasek LLC,
             55 W. Monroe St., Suite 1100,    Chicago, IL 60603-5128
13032288    Chase Visa,    P. O. Box 15153,    Wilmington, DE 19886-5153
13032289   +Darlene Rogers,    3637 N. Kimball,    2nd Floor,    Chicago IL 60618-4305
13032304    Donna Bober,    8274 W. 138th Pl.,    Orland Park, IL 60462
13032299   +Eileen Lunkes,    5032 N. Central Park,    Chicago, IL 60625-5513
13032291   +Energy Products,    c/o Abrams & Abrams, P.C.,    180 W. Washington, #910,
             Chicago IL 60602-2316
13032308   +Illinois Battery Corporation,    2453 W. Irving Park Road,    Chicago, IL 60618-2493
13032300   +James Lunkes,    511 Bedford Lane,    Des Plaines, IL 60016-2936
13032303   +James W. Lunkes Trust,    c/o Patricia Lunkes,    5415 N. Sheridan Rd.,    #2506,
             Chicago, IL 60640-1977
14188993   +Joseph V. Roddy,    Law Offices of Joseph V. Roddy,    77 W. Washington, Suite 1100,
             Chicago, IL 60602-3249
13032292    Koyo Battery Co., Ltd.,    c/o David Fish, Fish Law Firm,    17770 N. Park St. , #200,
             Naperville, IL  60563
13032298   +Michael J. Lunkes,    5032 N. Central Park,    Chicago, IL 60625-5513
13032302   +Patricia Lunkes,    5415 N. Sheridan Rd.,    #2506,    Chicago, IL 60640-1977
14538569    Patricia Lunkes, as Successor Trustee,    c/o Floyd Perkins,    Ungaretti & Harris LLP,
             3500 Three First National Plaza,    Chicago, IL 60602
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13032295       E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2015 01:22:40      AT & T,
               c/o Midland Credit Management,    Department 8870,    Los Angeles, CA 90084-8870
14138296       E-mail/PDF: mrdiscen@discover.com Sep 16 2015 01:19:37      DISCOVER BANK,    DFS Services LLC,
               PO Box 3025,    New Albany, Ohio   43054-3025
13032290      +E-mail/PDF: mrdiscen@discover.com Sep 16 2015 01:19:37      Discover,   P. O. Box 6011,
               Dover, DE 19903
13032307       E-mail/Text: cio.bncmail@irs.gov Sep 16 2015 01:21:53      Department of the Treasury,
               Internal Revenue Service,    P O Box 21126,    Philadelphia, PA 19114
13032305       E-mail/Text: rev.bankruptcy@illinois.gov Sep 16 2015 01:22:56
               Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
13032294       E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2015 01:22:40      Midland Credit Management,
               Department 8870,    Los Angeles, CA 90084-8870
13032293      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2015 01:22:40      Midland Credit Management,
               Dept. 12421,    P. O. Box 603,    Oaks, PA 19456-0603
14270985      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 16 2015 01:22:40      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13032306*      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13032301    ##+Michael T. Lunkes,    1516 N. Bosworth,    Chicago, IL 60642-2350
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2015                                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Sep 15, 2015
                              Form ID: pdf006            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2015 at the address(es) listed below:
          David S. Makarski    on behalf of Interested Party Michael J Lunkes david.makarski@sfnr.com,
           Craig.Coleman@sfnr.com,George.Sang@sfnr.com
          Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Frances  Gecker    fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          Gregory J Jordan    on behalf of Debtor William J Lunkes gjordan@jz-llc.com
          Mark R Zito    on behalf of Debtor William J Lunkes mzito@jz-llc.com
          Micah R Krohn    on behalf of Trustee Frances  Gecker mkrohn@fgllp.com,
           ccarpenter@fgllp.com;csmith@fgllp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@wfactorlaw.com,
           nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 8
```