UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 09-00583 |
|---|---|---|
| WILLIAM J. LUNKES, | ) ) ) ) ) ) ) | Chapter: 7<br>Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**ORDER AUTHORIZING FIRST AND FINAL FEE APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Fee Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $5,753.70;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $57.80; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of WILLIAM J. LUNKES is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $5,811.50.

Enter:

*/s/ Jacqueline P. Cox*

Dated: OCT 15 2015

United States Bankruptcy Judge

**Prepared by:**
Micah R. Krohn (ARDC 6217264)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

Rev: 20120501_bko