# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
                                    §
WILLIAM J LUNKES                    §       Case No. 09-00583
                                    §
                                    §
_____Debtor_____                §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 4,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 188,024.36    Claims Discharged
                                                Without Payment: 724,798.85

Total Expenses of Administration: 87,048.37

---

3) Total gross receipts of $ 275,072.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 275,072.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 87,048.37 | 87,048.37 | 87,048.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 166,866.84 | 2,804.55 | 2,804.55 | 2,804.55 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 786,556.57 | 698,951.82 | 698,951.82 | 185,219.81 |
| **TOTAL DISBURSEMENTS** | $ 953,423.41 | $ 788,804.74 | $ 788,804.74 | $ 275,072.73 |

4) This case was originally filed under chapter 7 on 01/09/2009 . The case was pending for 86 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/26/2016          By:/s/Frances Gecker
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| John W. Lunkes Trust | 1149-000 | 275,000.00 |
| Tax refund of Interest Paid | 1224-000 | 18.73 |
| COURT FEE REFUND | 1290-000 | 54.00 |
| **TOTAL GROSS RECEIPTS** | | **$275,072.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 17,003.64 | 17,003.64 | 17,003.64 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 155.47 | 155.47 | 155.47 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 99.31 | 99.31 | 99.31 |
| Suite 420 701 Poydras Street New Orleans, LA  70139 | 2300-000 | NA | 63.20 | 63.20 | 63.20 |
| Bank of New York Mellon | 2600-000 | NA | 1,972.57 | 1,972.57 | 1,972.57 |
| The Bank of New York Mellon | 2600-000 | NA | 1,708.92 | 1,708.92 | 1,708.92 |
| UNITED STATES TREASURY | 2810-000 | NA | 431.00 | 431.00 | 431.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 2,660.00 | 2,660.00 | 2,660.00 |
| FRANKGECKER LLP | 3110-000 | NA | 57,129.88 | 57,129.88 | 57,129.88 |
| FRANKGECKER LLP | 3120-000 | NA | 12.88 | 12.88 | 12.88 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 5,753.70 | 5,753.70 | 5,753.70 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 57.80 | 57.80 | 57.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 87,048.37 | $ 87,048.37 | $ 87,048.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPT. OF REVENUE | | 0.00 | NA | NA | 0.00 |
| | ILLINOIS DEPT. OF REVENUE | | 166,866.84 | NA | NA | 0.00 |
| 2A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 2,804.55 | 2,804.55 | 2,804.55 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 166,866.84 | $ 2,804.55 | $ 2,804.55 | $ 2,804.55 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE VISA | | 8,200.00 | NA | NA | 0.00 |
| | DARLENE ROGERS | | 36,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DONNA BOBER | | 0.00 | NA | NA | 0.00 |
| | EILEEN LUNKES | | 0.00 | NA | NA | 0.00 |
| | ENERGY PRODUCTS | | 0.00 | NA | NA | 0.00 |
| | ILLINOIS BATTERY CORPORATION | | 0.00 | NA | NA | 0.00 |
| | JAMES A. LUNKES | | 0.00 | NA | NA | 0.00 |
| | JOHN W. LUNKES TRUST | | 0.00 | NA | NA | 0.00 |
| | KOYO BATTERY CO., LTD. | | 0.00 | NA | NA | 0.00 |
| | MICHAEL J. LUNKES | | 0.00 | NA | NA | 0.00 |
| | MICHAEL T. LUNKES | | 0.00 | NA | NA | 0.00 |
| | MIDLAND CREDIT MANAGEMENT | | 0.00 | NA | NA | 0.00 |
| | MIDLAND CREDIT MANAGEMENT | | 0.00 | NA | NA | 0.00 |
| | PATRICIA LUNKES | | 0.00 | NA | NA | 0.00 |
| 6 | BANK OF AMERICA | 7100-000 | 730,000.00 | 623,759.20 | 623,759.20 | 165,294.04 |
| 2B | DEPARTMENT OF THE TREASURY | 7100-000 | 0.00 | 23,224.92 | 23,224.92 | 6,154.52 |
| 1 | DISCOVER BANK | 7100-000 | 6,500.00 | 6,121.49 | 6,121.49 | 1,622.17 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JOSEPH V. RODDY | 7100-000 | NA | 40,289.64 | 40,289.64 | 10,676.61 |
| 4 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | 5,856.57 | 5,556.57 | 5,556.57 | 1,472.47 |
| 5 | PATRICIA LUNKES | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 786,556.57 | $ 698,951.82 | $ 698,951.82 | $ 185,219.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-00583 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | WILLIAM J LUNKES | | | | Date Filed (f) or Converted (c): | 01/09/2009 (f) |
| | | | | | 341(a) Meeting Date: | 02/17/2009 |
| For Period Ending: | 01/26/2016 | | | | Claims Bar Date: | 10/05/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. BOOKS, pictures, misc. art | 250.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4. Necklaces, watch, bracelet | 500.00 | 0.00 | | 0.00 | FA |
| 5. Conseco Life - Life insurance policy | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. INdustrial Battery - 1/3 of 20% of business | Unknown | 1.00 | | 0.00 | FA |
| 7. John W. Lunkes Trust  Memorandum and Opinion dated 7/2/09 - Trustee's objection to Debtor's exemption is sustained. | 0.00 | 275,000.00 | | 275,000.00 | FA |
| 8. COURT FEE REFUND    (u) | 0.00 | 54.00 | | 54.00 | FA |
| 9. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 10. Tax refund of Interest Paid (u) | 0.00 | 18.73 | | 18.73 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,750.00 | $275,073.73 | | $275,072.73 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE'S ACCOUNTANT WILL PREPARE FINAL TAX RETURNS.  ONCE THOSE ARE APPROVED BY THE IRS, THE TRUSTEE WILL REVIEW CLAIMS AND BEGIN PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/2011          Current Projected Date of Final Report (TFR): 06/01/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-00583 | Trustee Name: Frances Gecker |
| Case Name: WILLIAM J LUNKES | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1806 |
| | Checking |
| Taxpayer ID No: XX-XXX4354 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx6929 | Transfer of Funds | 9999-000 | $214,509.65 | | $214,509.65 |
| 07/21/15 | 5001 | UNITED STATES TREASURY<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | FEIN 46-6234354 FORM 1041 2014 | 2810-000 | | $431.00 | $214,078.65 |
| 07/21/15 | 5002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | FEIN 46-6234354 FORM IL-1041 2014 | 2820-000 | | $2,660.00 | $211,418.65 |
| 08/26/15 | 10 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19053<br>Springfield, IL 62794-9053 | TAX REFUND | 1224-000 | $18.73 | | $211,437.38 |
| 10/16/15 | 5003 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $17,003.64 | $194,433.74 |
| 10/16/15 | 5004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Distribution | | | $597.88 | $193,835.86 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($585.00) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order. ($12.88) | 3120-000 | | | |
| 10/16/15 | 5005 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Distribution | | | $5,811.50 | $188,024.36 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($5,753.70) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Final distribution representing a payment of 100.00 % per court order. ($57.80) | 3420-000 | | | |
| 10/16/15 | 5006 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P O Box 21126<br>Philadelphia, PA 19114 | Distribution | | | $8,959.07 | $179,065.29 |

Page Subtotals: $214,528.38  $35,463.09

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-00583 | Trustee Name: | Frances Gecker | |
| Case Name: | WILLIAM J LUNKES | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX1806 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4354 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | DEPARTMENT OF THE TREASURY | Final distribution to claim 2 representing a payment of 100.00 % per court order.  ($2,804.55) | 5800-000 | | | |
| | | DEPARTMENT OF THE TREASURY | Final distribution to claim 2 representing a payment of 26.50 % per court order.  ($6,154.52) | 7100-000 | | | |
| 10/16/15 | 5007 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 | Final distribution to claim 1 representing a payment of 26.50 % per court order. | 7100-000 | | $1,622.17 | $177,443.12 |
| 10/16/15 | 5008 | JOSEPH V. RODDY<br>Law Offices of Joseph V. Roddy<br>77 W. Washington, Suite 1100<br>Chicago, IL  60602 | Final distribution to claim 3 representing a payment of 26.50 % per court order. | 7100-000 | | $10,676.61 | $166,766.51 |
| 10/16/15 | 5009 | MIDLAND CREDIT MANAGEMENT, INC.<br><br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | Final distribution to claim 4 representing a payment of 26.50 % per court order. | 7100-000 | | $1,472.47 | $165,294.04 |
| 10/16/15 | 5010 | BANK OF AMERICA<br>Kenni Hisel<br>Bank of America, M08-050-01-17<br>2001 NE 46th Street<br>Kansas City, MI 64116-2051 | Final distribution to claim 6 representing a payment of 26.50 % per court order. | 7100-000 | | $165,294.04 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $214,528.38 | $214,528.38 |
| Less: Bank Transfers/CD's | $214,509.65 | $0.00 |
| Subtotal | $18.73 | $214,528.38 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18.73 | $214,528.38 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Page Subtotals:   $0.00   $179,065.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-00583 | Trustee Name: Frances Gecker |
| Case Name: WILLIAM J LUNKES | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX8324 |
| | MONEY MARKET |
| Taxpayer ID No: XX-XXX4354 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/10/12 | 7 | TRUSTEE TO JOHN W. LUNKES Dated 3-1-02Patricia A. Lunkes Trustee5415 N. Sheridan Rd., Apt. 2506Chicago, Illinois  60640-1977 | INTEREST IN ESTATE | 1149-000 | $70,000.00 | | $70,000.00 |
| 09/18/12 | 8 | DOROTHY BROWN Clerk of the Circuit CourtChancery Fee50 W. Washington, Room 1005Chicago, IL 60602 | COURT FEE REFUND | 1290-000 | $54.00 | | $70,054.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $70,054.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $70,054.00 | $70,054.00 |
| Less: Bank Transfers/CD's | $0.00 | $70,054.00 |
| Subtotal | $70,054.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $70,054.00 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-00583 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | WILLIAM J LUNKES | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6929 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX4354 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $70,054.00 | | $70,054.00 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $63.20 | $69,990.80 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $57.07 | $69,933.73 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.96 | $69,829.77 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $100.46 | $69,729.31 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.67 | $69,625.64 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $100.18 | $69,525.46 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.37 | $69,422.09 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $103.21 | $69,318.88 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $99.74 | $69,219.14 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.91 | $69,116.23 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $99.44 | $69,016.79 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.60 | $68,914.19 |
| 02/03/14 | 10001 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $99.31 | $68,814.88 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.46 | $68,712.42 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $92.32 | $68,620.10 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $102.02 | $68,518.08 |
| | | | Page Subtotals: | | $70,054.00 | $1,535.92 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-00583 | Trustee Name: Frances Gecker |
| Case Name: WILLIAM J LUNKES | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6929 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX4354 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $98.58 | $68,419.50 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.72 | $68,317.78 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $98.29 | $68,219.49 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.43 | $68,118.06 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $101.27 | $68,016.79 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $97.87 | $67,918.92 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.98 | $67,817.94 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $97.58 | $67,720.36 |
| 01/05/15 | 7 | Trustee to John W. Lunkes Patricia A. Lunkes, Trustee 5415 N. Sheridan Rd., Apt. 2506 Chicago, IL 60640 | Settlement of Litigation - 07 CH 30972 in the Trust of John W. Lunkes | 1149-000 | $205,000.00 | | $272,720.36 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.67 | $272,619.69 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $336.43 | $272,283.26 |
| 02/10/15 | 10002 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $155.47 | $272,127.79 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $365.57 | $271,762.22 |

Page Subtotals: $205,000.00    $1,755.86

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-00583 | Trustee Name: | Frances Gecker | |
| Case Name: | WILLIAM J LUNKES | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX6929 | |
| | | | GENERAL CHECKING | |
| Taxpayer ID No: | XX-XXX4354 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/26/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | 10003 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | FIRST INTERIM FEE APPLICATION | 3110-000 | | $56,544.88 | $215,217.34 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $398.59 | $214,818.75 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $309.10 | $214,509.65 |
| 07/08/15 | | Transfer to Acct # xxxxxx1806 | Transfer of Funds | 9999-000 | | $214,509.65 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $275,054.00 | $275,054.00 |
| Less: Bank Transfers/CD's | $70,054.00 | $214,509.65 |
| Subtotal | $205,000.00 | $60,544.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $205,000.00 | $60,544.35 |

Page Subtotals:   $0.00   $271,762.22

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1806 - Checking | $18.73 | $214,528.38 | $0.00 |
| XXXXXX6929 - GENERAL CHECKING | $205,000.00 | $60,544.35 | $0.00 |
| XXXXXX8324 - MONEY MARKET | $70,054.00 | $0.00 | $0.00 |
| | $275,072.73 | $275,072.73 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $275,072.73 |
| Total Gross Receipts: | $275,072.73 |

Page Subtotals:     $0.00     $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*